# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

           v.             Crim. No. 5:18-CR-17-1H

JONATHAN LAMAR LOMAX

       On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 84 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

            I declare under penalty of perjury that the foregoing is true and correct.

            /s/ Van R. Freeman, Jr.  
            Van R. Freeman, Jr.  
            Deputy Chief U.S. Probation Officer  
            150 Rowan Street Suite 110  
            Fayetteville, NC 28301  
            Phone: 910-354-2542  
            Executed On: July 7, 2020

## ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

       Dated this   8th   day of   July  , 2020.

            Malcolm J. Howard  
            Senior U.S. District Judge